IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LATAUNA HILL, Individually and on**
**Behalf of all the Heirs at Law and**
**Wrongful Death Beneficiaries of**
**Willie Lee Bingham Deceased**                                **PLAINTIFF**

**VS.**                         **CIVIL ACTION NO. 4:14cv00086-NBB-JMV**

**BOLIVAR COUNTY, ET AL.**                                      **DEFENDANTS**

## ORDER ON DISCOVERY MOTIONS

The court has duly considered the recent discovery motions filed by the parties, the record of this case, and the applicable law and rules as follows:

1. Defendant Grant's Motion for Extension of Time [15] to respond to discovery served by Plaintiff is DENIED for failure to comply with L.U.Civ.R. 37(a)'s good faith requirement.

2. Defendants' Motion for Protective Order [16] is DENIED for failure to comply with L.U.Civ.R. 37(a) and 37(b)'s requirement to quote disputed language.

3. Plaintiff's Motion to Compel [18] is DENIED for failure to comply with L.U.Civ.R. 37(a) and 7(b)(2)(B)'s requirement of filing a discovery motion sufficiently in advance of the discovery deadline to allow for a response, ruling, and time to effectuate the court's order.

Notwithstanding the foregoing rulings, the court is mindful that the immunity related discovery deadline is due to expire shortly and, therefore, *sua sponte* extends the same until November 10, 2014, in order to permit the parties to confer in good faith regarding any actual discovery issues and file any discovery motion that complies with the local rules of this court

sufficiently in advance of that deadline. The response to the immunity motion [12] is due 14 days after this new deadline, and the reply is due 7 days after the response.

     **ORDERED** this 30th day of September, 2014.

                                             **/s/ Jane M. Virden**
                                              **U. S. MAGISTRATE JUDGE**