IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LATAUNA HILL, INDIVIDUALLY AND ON BEHALF  PLAINTIFF
OF ALL THE HEIRS AT LAW AND WRONGFUL DEATH
BENEFICIARIES OF WILLIE LEE BINGHAM,
DECEASED

vs.  CAUSE NO. 4:14cv86-NBB-JMV

BOLIVAR COUNTY; BOLIVAR COUNTY SHERIFF'S
DEPARTMENT; KEVIN WILLIAMS, SR (In his official capacity);
DEPUTY SHERIFF WALTER GRANT (In his individual and
official capacity); AND JOHN DOE DEFENDANTS 1-5  DEFENDANTS

## ORDER

On or about August 15, 2014, Defendant, Walter Grant, filed his [12] Motion for Qualified Immunity, which required this Court to enter [14] Order Staying Certain Proceedings on August 18, 2014. On December 4, 2014, Defendant, Walter Grant, through counsel, filed his [36] Motion to Withdraw Motion for Qualified Immunity, which upon notification by counsel, will not be opposed by Plaintiff.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [36] Motion to Withdraw Motion for Qualified Immunity is hereby granted, and the stay of proceedings in this matter is hereby lifted.

Further, Defendants' motions for qualified immunity may be filed at any time prior to the expiration of the motions deadline. Failure to file an early qualified immunity motion will not be deemed a waiver of the defense.

**SO ORDERED AND ADJUDGED,** this the 17th day of December, 2014.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE