IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LATAUNA HILL, INDIVIDUALLY
AND ON BEHALF OF ALL THE HEIRS
AT LAW AND WRONGFUL DEATH
BENEFICIARIES OF WILLIE LEE BINGHAM,
DECEASED                                                                                          PLAINTIFF

v.                                                           CIVIL ACTION NO.: 4:14CV86-NBB-JMV

BOLIVAR COUNTY, ET AL.                                                                 DEFENDANTS

## PLAINTIFF'S UNOPOSED MOTION STAYING DISCOVERY DEADLINES

**COME NOW** the Plaintiff, Latuana Hill, Individually and on behalf of all the Heirs at Law and Wrongful Death Beneficiaries of Willie Bingham, Deceased and moves this Court to stay all discovery deadlines in the scheduling order.

1.

On April 2, 2005 Plaintiff filed an Amended Complaint adding City of Cleveland, Michael Melton, John Smith, Stanley Perry and Frank Goss as Defendants. [Doc. 75]

2.

Plaintiff request all discovery deadlines be stayed until Defendants City of Cleveland, Michael Melton, John Smith, Stanley Perry and Frank Goss have had an opportunity to file a responsive pleading and participate in an attorney's conference.

3.

This Motion is unopposed. Plaintiff and Defendants agree that all deadlines contained in the scheduling order should be stayed until this Court enters a new scheduling order pursuant to Rule 16.

4.

Because of the simple nature of this motion, the Plaintiff requests this honorable Court to waive the filing of a memorandum brief pursuant to L.U. Civ.R. 7(b)(4).

**WHEREFORE PREMISE CONSIDERED,** Plaintiff, Latuana Hill, Individually and on behalf of all the Heirs at Law and Wrongful Death Beneficiaries of Willie Bingham, Deceased, respectfully request that this Court to stay all discovery deadlines.

Dated this the 15th day of April, 2015.

Respectfully submitted:

SWEET & ASSOCIATES, P. A.

/s/ Dennis C. Sweet, IV

Dennis C. Sweet, IV (Bar No. 103009)

OF COUNSEL:

Dennis C. Sweet, III (MSB # 8105)
Dennis C. Sweet, IV (MSB #103009)
Terris C. Harris, J.D., LL.M. (MSB #99433)
SWEET & ASSOCIATES
158 East Pascagoula, Street
Jackson, MS 39201
(601) 965-8700 (Telephone)
(601) 965-8719 (Fax)

**CERTIFICATE OF SERVICE**

    I, Dennis C. Sweet, IV, do hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent a true and correct copy of the pleading to all attorneys of record.

    This the 15th day of April, 2015.

                                                                 /s/Dennis C. Sweet, IV
                                                                 Dennis C. Sweet, IV