# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LATAUNA HILL, INDIVIDUALLY AND ON BEHALF**             **PLAINTIFF**
**OF ALL THE HEIRS AT LAW AND WRONGFUL DEATH**
**BENEFICIARIES OF WILLIE LEE BINGHAM, DECEASED**

**v.**             **CAUSE NO: 4:14cv86-NBB-JMV**

**BOLIVAR COUNTY, ET AL.**             **DEFENDANTS**
___

# ORDER
___

This matter is before the Court on plaintiff's motion [158] to allow plaintiff to conduct discovery to respond to certain defendants' motion for summary judgment[1] or in the alternative for an extension of time to respond to those portions of these same defendants' summary judgment motion unrelated to qualified immunity. For the reasons stated herein, the motion will be denied.

As for plaintiff's request to take unspecified discovery for an unspecified period of unspecified persons on unspecified issues, it is denied. Such a broad, vague and ambiguous discovery request is without merit. Moreover, the Court notes that the relevant stay as to discovery in this case did not prohibit discovery on all but *qualified* immunity issues as Plaintiff contends. Rather, the stay prohibited discovery unrelated to any immunity issue.

---

[1] The plaintiff's motion addresses only the motion for summary judgment filed on December 23, 2015 at docket number 118. It does not address the motion for summary judgment appearing at docket number 127.

As concerns plaintiff's alternative request that he be granted an extension of time in which to respond to that portion of defendants' dispositive motion related to issues other than qualified immunity, the motion will similarly be denied, as plaintiff has failed to articulate any good cause for such a further extension. As the docket reflects, this dispositive motion has been pending since December 23, 2015. For the foregoing reasons, the motion is denied.

So ordered this 17th day of March, 2016.

/s/ Jane M. Virden
U. S. Magistrate Judge