UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES

**CASE NO.   4:14cv86**                          **PLACE HELD -  Greenville**

**HILL v. BOLIVAR COUNTY**

**DATE & TIME BEGUN/ENDED:  8/10/2016 @ 10:00 am - 5:15 pm**

Total Time -  7 Hours 15   min.

**PRESENT:**          **Honorable Jane M. Virden, U.S. Magistrate Judge**

| Attorney(s) for plaintiff(s) | Attorney(s) for defendant(s) |
|---|---|
| Dennis Sweet, IV | Jason Dare |
| Dennis Sweet, III | Jamie Jacks |

**PROCEEDINGS:  Settlement Conference**

**Docket Entry:**  The settlement conference was recessed.

                                                                **DAVID CREWS, CLERK**

                                                       **By:**      /s/ Dean Dacus
                                                                    **Courtroom Deputy**