UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES

**CASE NO. 4:14cv86-NBB-JMV**  **PLACE HELD -** Telephonic

**HILL v. BOLIVAR COUNTY,** *et al*

**DATE & TIME BEGAN/ENDED: 9/22/2016 @ 11:00 - 11:15 am**

Total Time - 15 min.

**PRESENT:** Honorable Jane M. Virden, U.S. Magistrate Judge

| Attorney(s) for plaintiff(s) | Attorney(s) for defendant(s) |
|---|---|
| | Becky Cowan |
| | Jason Dare |

**PROCEEDINGS:** Telephonic Status Conference

**Docket Entry:** A brief conference was held to note that the motions pending before the district judge are reaching the six-month status. The county and city defendants agreed that withdrawal of the motions was appropriate.

**DAVID CREWS, CLERK**

**By:** /s/ Dean Dacus
**Courtroom Deputy**