UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES - GENERAL

CASE NO. 4:14cv86-NBB-JMV      PLACE HELD - Greenville

HILL v. BOLIVAR COUNTY

DATE & TIME BEGAN/ENDED: 10/31/2016 @ 10:00 - 10:30 am

Total Time - 30 Minutes

**PRESENT:**      Honorable Jane M. Virden, U.S. Magistrate Judge

| Attorney(s) for plaintiff(s) | Attorney(s) for defendant(s) |
|---|---|
| Dennis Sweet, IV | Rebecca Cowan |
|  | Jason Dare |
|  | Jamie Jacks |

**PROCEEDINGS:** Telephonic Status Conference

**Docket Entry:** Status conference held.

**DAVID CREWS, CLERK**

**By:**    /s/ Dean Dacus
         **Courtroom Deputy**