**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **LATAUNA HILL, INDIVIDUALLY AND ON BEHALF OF ALL THE HEIRS AT LAW AND WRONGFUL DEATH BENEFICIARIES OF WILLIE LEE BINGHAM, DECEASED** | **PLAINTIFF** |
| **v.** | **CAUSE NO: 4:14cv86-NBB-JMV** |
| **BOLIVAR COUNTY, ET AL.** | **DEFENDANTS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**NOW COME**, Latauna Hill, Individually and on Behalf of all the Heirs At Law and Wrongful Death Beneficiaries of Willie Lee Bingham, Deceased, acting through her undersigned counsel of record; Bolivar County, Mississippi, the Bolivar County Sheriff's Department, Sheriff Kelvin Williams, and Deputy Sheriff Chris McCain, acting through their undersigned counsel of record; Walter Grant, acting through his undersigned counsel of record; and the City of Cleveland, Mississippi, the Cleveland Police Department, Michael Melton, Joe Smith, Stanley Perry, and Frank Goss, acting through their undersigned counsel of record, together as all parties who have appeared in this cause of action, and do hereby stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), that the suit styled *Latauna Hill, Individually and on Behalf of all the Heirs At Law and Wrongful Death Beneficiaries of Willie Lee Bingham, Deceased vs. Bolivar County; Bolivar County Sheriff's Department; Kevin Williams, Sr. (In His Official Capacity); Deputy Sheriff Walter Grant (In His Individual And Official Capacity); Deputy Sheriff Chris Mcain (In His Individual And Official Capacity); The City Of Cleveland, Mississippi; Cleveland Police Department; Michael Melton (In His Individual And Official Capacity); Joe Smith (In His Individual And Official Capacity); and Frank Goss (In His Individual And Official Capacity)*, bearing cause number 4:14cv86-NBB-JMV, including

any and all claims which were or might have been encompassed therein against Defendants, Bolivar County, Mississippi, the Bolivar County Sheriff's Department, Sheriff Kelvin Williams, Sr. (a/k/a Kevin Williams, Sr.), Walter Grant, Chris McCain (a/k/a Chris Mcain), the City of Cleveland, Mississippi, the Cleveland Police Department, Michael Melton, Joe Smith, and Frank Goss, in all capacities the Defendants were or may have been sued, by the Plaintiff, are hereby dismissed with prejudice, with each party to bear their respective costs, expenses and attorneys' fees.

This Stipulation is filed with the intent of all of the parties to this litigation to dismiss with prejudice any and all claims filed in this litigation as to all Defendants, such that this cause of action and any and all claims which were or could have been filed in this cause of action are fully, finally and forever dismissed with prejudice.

**SO STIPULATED**, this the 22nd day of November, 2016.

| | |
|---|---|
| _/s/ Dennis Sweet, IV_ <br> Dennis C. Sweet, III, Esq. <br> dennis.sweet@sweetandassociates.net <br> Dennis Charles Sweet, IV, Esq. <br> dennis.sweetiv@sweetandassociates.net <br> SWEET & ASSOCIATES P.A. <br> Post Office Box 1178 <br> Jackson, Mississippi 39215 <br> **Attorneys for Plaintiff** | _/s/ Jason E. Dare_ <br> Jason E. Dare, Esq. <br> jdare@wyattfirm.com <br> WYATT, TARRANT & COMBS, LLP <br> Post Office Box 16089 <br> Jackson, Mississippi 39236-6089 <br> **Attorney for Defendant, Walter Grant** |
| _/s/ Rebecca B. Cowan_ <br> Rebecca B. Cowan, Esq. <br> bcowan@curriejohnson.com <br> CURRIE, JOHNSON & MYERS, P.A. <br> Post Office Box 750 <br> Jackson, Mississippi 39205-0750 <br> **Attorney for Defendants, Bolivar County, Bolivar County Sheriff's Department, Sheriff Kelvin Williams, and Deputy Sheriff Chris McCain** | _/s/ Danny Griffith_ <br> Daniel J. Griffith, Esq. <br> DGriffith@jlpalaw.com <br> Jamie F. Jacks, Esq. <br> jjacks@jlpalaw.com <br> JACKS GRIFFITH LUCIANO, P.A. <br> Post Office Box 1209 <br> Cleveland, Mississippi 38732 <br> **Attorneys for Defendants, City of Cleveland, the Cleveland Police Dept., Michael Melton, Joe Smith, Stanley Perry, and Frank Goss** |