IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LATAUNA HILL, INDIVIDUALLY AND ON BEHALF
OF ALL THE HEIRS AT LAW AND WRONGUL DEATH
BENEFICIARIES OF WILLIE LEE BINGHAM, DECEASED          PLAINTIFF

V.                                              CIVIL ACTION NO. 4:14-CV-00086-NBB-JMV

BOLIVAR COUNTY; BOLIVAR
COUNTY SHERIFF'S DEPARTMENT;
KEVIN WILLIAMS, SR., In his Official Capacity;
DEPUTY SHERIFF WALTER GRANT;
In his Individual and Official Capacity;
DEPUTY SHERIFF CHRIS MCCAIN,
In his Individual and Official Capacity;
THE CITY OF CLEVELAND, MISSISSIPPI;
CLEVELAND POLICE DEPARTMENT; MICHAEL
MELTON, In his Individual and Official Capacity;
JOE SMITH, In his Individual and Official Capacity;
STANLEY PERRY, In his Individual and Official Capacity;
FRANK GROSS, In his Individual and Official Capacity          DEFENDANTS

## ORDER

In accordance with the parties' agreed Stipulation of Dismissal submitted on November 22, 2016, the court finds that this case should be **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. This case is closed.

**SO ORDERED AND ADJUDGED** this, the 28th of November, 2016.

　　　　　　　　　　　　　　　　　　　　　　/s/Neal Biggers
　　　　　　　　　　　　　　　　　　　　　**NEAL B. BIGGERS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**